Ellen K. Lawson (#020215)
Ellen K. Lawson Attorney at Law PLC
10632 N. Scottsdale Rd, B334
Scottsdale, AZ 85254
Phone: (480) 368-2700
elawson@ellenlawsonlaw.com
Special Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| LINDA NKRUMAH | Case No. 4:19-bk-00914-BMW |
|  | AMENDED |
|  | **MOTION TO APPROVE FINAL LOAN MODIFICATION AGREEMENT** |
|  | Hearing Date: |
|  | Hearing Time: |
| Debtor(s). | Courtroom: |

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with <u>PHH Mortgage Corporation</u> ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on <u>June 2, 2020</u> (Docket No. <u>56</u>).

2. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on <u>         </u> (Docket No. <u>   </u>)[**] reporting that the parties reached an agreement.

3. A copy of the Final Loan Modification Agreement entered into between the parties (with all personal identifiers redacted) is attached hereto as **Exhibit A**.

** Final Mediator Report to be filed upon receipt back of fully signed Modification Agreement from PHH Mortgage Corporation.

/ / /

/ / /

4. The terms of the final loan modification are summarized as follows:

|  | Old Loan Terms | New Loan Terms |
|---|---|---|
| Principal Balance | $ 205,173.03 | $ 201,326.28 |
| Interest Rate (%) | 3.750 | 3.375 |
| Interest Type | Fixed | Fixed |
| Maturity Date | April 1, 2047 | Oct 1, 2050 |
| Principal and Interest Amount | $ 894.31 | $ 890.06 |
| Total Payment (including escrow, if applicable) | $ 1,482.00 | $ 1,561.69** |

**PHH revised their Modification monthly payment from $1,548.36 to $1,561.69 after the Modification went into effect on November 1, 2020. An additional $13.33 is due PHH for the month of November, 2020.

☐ The monthly payment is scheduled to change within five years after the modification as set forth in the final loan modification agreement.

The final agreement ■ does or ☐ does not incorporate pre-petition arrears.

The final agreement ■ does or ☐ does not incorporate post-petition arrears.

The final agreement ■ does or ☐ does not incorporate post-petition fees, expenses, or charges under Federal Rule of Bankruptcy Procedure 3002.1(c).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

6. Pursuant to the Agreement and the MMM Program Procedures, the Debtor shall amend or modify the plan, as necessary, to accurately reflect the agreement. Such amendment or modification shall be filed and served no later than twenty-eight (28) days of entry of the Order granting this motion.

7. All payments shall be considered timely upon receipt by the Trustee, not upon receipt by the Lender.

8. The Trustee may disburse the payment to the Lender until such time as an amended or modified plan is confirmed, or the case is dismissed or converted to another chapter.

/ / /

/ / /

WHEREFORE, the Debtor requests the Motion to Approve Final Loan Modification Agreement with Lender be granted and for such other and further relief as this Court deems proper.

Respectfully submitted this __20__ day of ____November____, 20 _20_ .

                                                  /s/ Ellen K. Lawson, Special Counsel
                                                Attorney for Debtor(s), or Pro Se Debtor

MMM Form 11 (Effective 2/17)

# **EXHIBIT A**

[Attach a copy of the Final Loan Modification Agreement entered into between the parties (with all personal identifiers redacted)].